# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,
    Plaintiff,

Case No. 3:14-cr-81

- vs -

Magistrate Judge Michael J. Newman

JAMES WING,
    Defendant.

## ORDER REVOKING PROBATION

This case came on for hearing on July 6, 2017, on report of the Probation Officer that Defendant had violated the conditions of his probation by committing another federal, state or local crime, and not refraining from any unlawful use of a controlled substance.

Defendant admitted to violations one and two.

Having heard from counsel for both sides and the Probation Officer, and having held a Probation Revocation hearing on July 6, 2017, the Court adopts the recommendation of the Probation Officer.

Accordingly, it is hereby ordered that Defendant James Wing's probation is revoked and he is ordered committed to the custody of the Attorney General of the United States for a term of one hundred and twenty (120) days. The Court recommends that, upon the commencement of his incarceration, Defendant undergo mental health screening.

Both sides are advised they have fourteen (14) days within which to file an appeal.

IT IS SO ORDERED.


July 6, 2017                                        s/Michael J. Newman
                                                        United States Magistrate Judge